UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| RLI INSURANCE CO., | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 04-0427 (RJL) |
| POHL, INC. OF AMERICA, et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this ____ day of July 2006, hereby

**ORDERED** that the defendants Pohl, Inc. of America and Fidelity & Guaranty Insurance Company's [#8, 11] motions to dismiss Counts Two and Four of the Complaint are GRANTED; and it is further

**ORDERED** that defendant Christian Pohl GmbH's [# 19] motion to dismiss is GRANTED IN PART as to Counts Two and Four of the Complaint and DENIED IN PART as to Counts One, Five, and Six of the Complaint; and it is further

**ORDERED** that plaintiff shall have 30 days from the date of this order to effect proper service of process on defendant Christian Pohl GmbH or defendant Christian Pohl GmbH will be dismissed from the action without prejudice; and it is further

**ORDERED** that a status conference is set for the 8th day of Sept 2006, at 10:30 a.m./p.m. in Courtroom 14.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge